1  SCOTT HOUTZ, SBN 180061
2  LAWYERS FOR WORKPLACE FAIRNESS APC
   4100 West Alameda Avenue, Third Floor
3  Burbank, California  91505
4  Telephone:  (323) 375-5101
   Facsimile:   (323) 306-5571
5  Attorney for Plaintiff Angie Gutierrez

6
7  JEFFREY J. MANN, SBN 253440
   LITTLER MENDELSON, P.C.
8  Treat Towers
   1255 Treat Boulevard, Suite 600
9  Walnut Creek, CA 94597
10 Telephone:  (925) 932-2468
   Facsimile:   (925) 946-9809
11 Attorneys for Defendant Wal-Mart Stores, Inc.

12

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| ANGIE GUTIERREZ, | Case No.: 2:16-cv-02622-WBS-GGH |
| --- | --- |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| WAL-MART STORES, INC.; and DOES 1 through 100, inclusive, | |
| Defendants. | Judge:  Hon. William B. Shubb
Dept.: Courtroom 5 |

[PROPOSED] ORDER

The Court, having considered the Stipulation to Continue Defendant's Motion for Judgment on the Pleadings, and with good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The hearing on Defendant's Motion for Judgment on the Pleadings currently scheduled for January 7, 2017 shall be continued to the following date, time, and location:
   a. Date: February 21, 2017
   b. Time: 1:30 p.m.
   c. Location: Courtroom 5
2. All deadlines associated with Defendant's Motion for Judgment on the Pleadings are also continued to their appropriate dates based upon the above continued hearing on Defendant's Motion for Judgment on the Pleadings.
3. Neither party shall serve any discovery or serve/file any motions prior to the continued hearing date.
4. The Scheduling Conference is continued form March 13, 2017 to March 27, 2017 at 1:30 p.m.  A Joint Status Report shall be filed no later than March 13, 2017.

Dated:  December 28, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE