SCOTT HOUTZ, SBN 180061
LAWYERS FOR WORKPLACE FAIRNESS APC
4100 West Alameda Avenue, Third Floor
Burbank, California  91505
Telephone:  (323) 375-5101
Facsimile:   (323) 306-5571
Attorney for Plaintiff Angie Gutierrez

JEFFREY J. MANN, SBN 253440
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone:  (925) 932-2468
Facsimile:   (925) 946-9809
Attorneys for Defendant Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ANGIE GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WAL-MART STORES, INC.; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02622-WBS-GGH<br><br>**ORDER ON THE NOTICE OF SETTLEMENT AND REQUEST TO TAKE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS OFF CALENDAR**<br><br>Judge:  Hon. William B. Shubb<br>Dept.:  Courtroom 5 |

The Court, having considered the parties' Notice of Settlement and Request to Take Defendant's Motion for Judgment on the Pleadings Off Calendar, and with good cause appearing therefor, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Judgment on the Pleadings, currently set for hearing on Tuesday, February 21, 2017, at 1:30 p.m., in Courtroom 5 of the Eastern District of California, shall be taken off calendar without prejudice.

2. The parties shall file their dispositional documents pursuant to Local Rule 160(b), and no later than March 24, 2017, or a Joint Status Report by that date if settlement has not been finalized. The Scheduling Conference currently set for March 27, 2017 is continued to April 10, 2017 at 1:30 PM in Courtroom 5 (WBS) before Judge William B. Shubb pending submission of disposition documents.

Dated: February 7, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE